**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 20, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00183-CV

———————

**CITY OF HOUSTON, Appellant**

**V.**

**OCIE PICKENS, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2009-09829**

## M E M O R A N D U M   O P I N I O N

This appeal is from an order signed February 21, 2011. On October 11, 2011, the parties filed a motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.